UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL | CIVIL ACTION |
| VERSUS | |
| ABBOTT LABORATORIES, ET AL. | NO.: 3:13-cv-00561-BAJ-SCR |

## RULING AND ORDER

Before the Court is Plaintiff's Motion to Remand. (Doc. 13). The Magistrate Judge has issued a **REPORT (Doc. 47)** recommending that Plaintiff's Motion be granted, and that Plaintiff's cause of action be remanded to the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, (*id.* at p. 22). Defendant objects to the Magistrate Judge's Report. (Doc. 48).

Having independently considered Plaintiff's Motion to Remand and related filings—including Defendant's objections—the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 18),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **MOTION TO REMAND (Doc. 13)** is **GRANTED** for the reasons explained in the Magistrate Judge's Report (Doc. 47).

19th JDC

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Nineteenth Judicial District Court, Parish of East Baton Rouge, Louisiana.

Baton Rouge, Louisiana, this 23rd day of September, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA